# Ex Parte Davis.

### *Certiorari.*

(Decided Nov. 24, 1910.    54 South. 164.)

*Courts; Jurisdiction.*—A petition for certiorari to review an order of the probate court revoking the appointment of petitioner as administrator of the decedent's estate should be made to the circuit court in the first instance and not to the Supreme Court.

(McClellan, Sayre and Evans, JJ., dissenting.)

ORIGINAL Petition in the Supreme Court.

Robert Davis applies for certiorari to review the order of the probate court revoking his appointment as administrator. Certiorari denied.

BOSWELL DE GRAFFENRIED WADDELL, for petitioner. No brief came to the Reporter.

No counsel marked for respondent.

PED CURIAM.—Petition for certiorari to bring up an order of the probate court of Russell county revok-

[Savage v. Milum.]

ing or annulling the appointment of the petitioner as administrator of the estate of R. I. Melvin, deceased. Petition denied, the court being of the opinion that petitioner should first apply for the writ of certiorari to the circuit court having jurisdiction.

McCLELLAN, SAYRE, and EVANS, JJ., dissent, on the ground that the petition should have been granted on the authority of *Ex parte Boynton,* 44 Ala. 261.